AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CRIGLER, B. WAUGH | U. S. DISTRICT COURT, WDVA | 05/14/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. MAGISTRATE JUDGE Full-Ti | ☐ Nomination　　Date<br>☐ Initial　　☑ Annual　　☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

255 WEST MAIN STREET, RM. 328
CHARLOTTESVILLE, VA 22902

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Instructor - Trial Advocacy (1 course) & Trial Evidence (1 course) | University of Virginia School of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 12/31/12 | University or Virginia School of Law | $12,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Virginia State Bar | 06/14/2012 to 6/15/2012 | Virginia Beach, Virginia | Speaker-YLS Program- Judiciary Squares Participant | Mileage, Lodging & Meals |
| 2. | Virginia State Bar | 10/17/2012 | Richmond, Virginia | Professionalism Committee- Carrico Course & Faulty Training | Mileage & Parking |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRIGLER, B. WAUGH | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank Accounts | | | | | | | | | |
| 2. Va. National Bank-Various Accounts | B | Interest | M | T | | | | | |
| 3. b) UVA Credit Union, Charlottesville, VA | A | Interest | J | T | | | | | |
| 4. Stellar One | B | Interest | K | T | | | | | |
| 5. Rumford Ltd. Partnership | | None | N | W | | | | | |
| 6. AXAEquitable (Annuity) | D | Distribution | J | T | | | | | |
| 7. Brokerage Acct #1 (Wells Fargo Adv) | | | | | | | | | |
| 8. Cash | A | Interest | N | T | | | | | |
| 9. StellarOne Corp. | E | Dividend | O | T | | | | | |
| 10. American Capital Ltd. | A | Dividend | J | T | | | | | |
| 11. Hershey Company | B | Dividend | L | T | | | | | |
| 12. Financial Services Group (same as PNC Corp.) | C | Dividend | M | T | | | | | |
| 13. S&P No. Am. Natl Sector -1 Shares | A | Dividend | K | T | | | | | |
| 14. US Bancorp | A | Dividend | K | T | | | | | |
| 15. Va. National Bank | A | Dividend | K | T | Sold (part) | 12/06/12 | K | | |
| 16. Wells Fargo Co. | B | Dividend | L | T | | | | | |
| 17. Williams Co. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | CRIGLER, B. WAUGH | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. WPX Energy Inc. | | None | J | T | Spinoff (from line 17) | 1/03/12 | J | | |
| 19. Copano Energy LLC | B | Dividend | K | T | | | | | |
| 20. Citigroup Inc. | A | Dividend | | | Sold | 10/02/12 | J | | |
| 21. Crosstex Energy Inc. | A | Dividend | K | T | | | | | |
| 22. Energy Transfer Partners | C | Distribution | K | T | | | | | |
| 23. Bryn Mawr Bank Corp. | A | Dividend | J | T | | | | | |
| 24. DCP Midstream Partners | B | Dividend | K | T | | | | | |
| 25. Frontier Communications | A | Dividend | J | T | | | | | |
| 26. Verizon Communcations | B | Dividend | K | T | | | | | |
| 27. Investco VK Tr. | B | Dividend | K | T | | | | | |
| 28. Kayne Anderson MLP Invest | B | Dividend | K | T | | | | | |
| 29. Dominion Resources | B | Dividend | K | T | | | | | |
| 30. El Paso Pipeline Partners | B | Distribution | K | T | | | | | |
| 31. Enterprise Products Partners | C | Distribution | L | T | | | | | |
| 32. Magellan Midstr Partners | B | Distribution | L | T | | | | | |
| 33. Plains All Amer. Pipeline LP | C | Dividend | M | T | | | | | |
| 34. Martin Midstr Partners | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRIGLER, B. WAUGH | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Western Gas Partners | B | Distribution | L | T | | | | | |
| 36. Williams Partners | C | Distribution | K | T | | | | | |
| 37. Nuveen Div Advntg Mun Fd | C | Dividend | K | T | | | | | |
| 38. Tenn. Valley Auth Bond | A | Dividend | J | T | | | | | |
| 39. Wachovia PFD Fund | A | Dividend | J | T | | | | | |
| 40. Henrico Co., Va. Econ. Dev. Authority | C | Interest | L | T | | | | | |
| 41. Roanoke Co., Va. Dev Authority | A | Interest | | | Merged (with line 42) | 10/03/12 | J | | |
| 42. Va. Small Bus Fin Auth | A | Interest | K | T | | 10/03/12 | J | | |
| 43. Albemarle Co., Va. Dev Authority | B | Interest | | | Sold (part) | 06/19/12 | K | B | |
| 44. | | | | | Sold | 07/27/12 | K | A | |
| 45. Louisa Co, Va. Dev. Authority | B | Interest | K | T | | | | | |
| 46. Tobacco Settlement Fng Corp Va. Bond | D | Interest | | | Sold | 06/19/12 | M | C | |
| 47. Apollo Inv Corp. | A | Dividend | J | T | | | | | |
| 48. Inergy LP | A | Distribution | | | Sold | 12/18/12 | J | | |
| 49. Piedmont Nat. Gas Co. | A | Dividend | K | T | | | | | |
| 50. Public Service Ent. (formerly listed as PSEG & PEG) | B | Dividend | K | T | | | | | |
| 51. Intel Corp. | A | Dividend | | | Sold | 12/18/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRIGLER, B. WAUGH | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. FNMA Bond | C | Interest | | | Sold | 04/26/12 | J | | |
| 53. Targa Resources Partners LP | A | Distribution | J | T | | | | | |
| 54. Capital Products Partners LP | A | Distribution | J | T | | | | | |
| 55. Coca-Cola Company | A | Dividend | K | T | | | | | |
| 56. Enbridge Energy Mngmt LLC | B | Dividend | J | T | | | | | |
| 57. Energy Transfer Equity | C | Distribution | K | T | | | | | |
| 58. Denbury Resources Inc. | A | Dividend | J | T | | | | | |
| 59. Metlife Inc. | A | Dividend | J | T | Buy | 05/29/12 | J | | |
| 60. Suburban Propane Partners, LP | A | Dividend | J | T | Spinoff (from line 48) | 09/17/12 | J | | |
| 61. AT&T Inc. | B | Dividend | K | T | Buy | 05/10/12 | K | | |
| 62. Crestwood Midstream | B | Distribution | J | T | Buy | 12/18/12 | J | | |
| 63. Hasbro Inc. | A | Dividend | J | T | Buy | 01/04/12 | J | | |
| 64. PPL Corp. | A | Dividend | J | T | Buy | 05/04/12 | J | | |
| 65. Brokerage Acct #2 Scott & Stringfellow | | | | | | | | | |
| 66. Cash | A | Interest | J | T | | | | | |
| 67. Kinder Morgan Energy (X) | A | Distribution | J | T | | | | | |
| 68. Kayne Anderson Midstream | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRIGLER, B. WAUGH | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Peoples United Fincl. | A | Dividend | J | T | | | | | |
| 70. Teekay Lng Partners | A | Distribution | J | T | | | | | |
| 71. Exterran Holdings Inc. | A | Dividend | J | T | | | | | |
| 72. Heckman Corp. | | None | J | T | Buy (add'l) | 09/06/12 | J | | |
| 73. Windstream Corp | B | Dividend | J | T | | | | | |
| 74. BP PLC | A | Dividend | J | T | Buy (add'l) | 6/13/12 | J | | |
| 75. Pilgrims Pride | | None | | | Sold | 04/25/12 | J | A | |
| 76. Va. Elect & Power Bond | A | Interest | | | Sold | 06/21/12 | J | A | |
| 77. Va State Eqpmnt Bond | A | Interest | | | Sold | 06/21/12 | K | A | |
| 78. Regency Energy Ptnrs | A | Distribution | J | T | Buy | 08/16/12 | J | | |
| 79. Bristol Myers Squibb Co. | A | Dividend | J | T | Buy | 08/23/12 | J | | |
| 80. USAA Brokerage Acct. | | | | | | | | | |
| 81. Cash | A | Interest | J | T | Open | 05/22/12 | J | | |
| 82. Expeditors Int Wash Inc. | A | Dividend | J | T | Buy | 07/17/12 | J | | |
| 83. IRA #1 Wells Fargo Advisors | | | | | | | | | |
| 84. Cash | A | Interest | J | T | | | | | |
| 85. Alcoa Inc. | A | Dividend | | | Sold | 05/10/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRIGLER, B. WAUGH | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Crestwood Mdstr. | A | Distribution | | | Sold | 05/10/12 | J | A | |
| 87. StellarOne Corp. | A | Dividend | | | Sold | 05/10/12 | J | | |
| 88. U S Bancorp | A | Dividend | | | Sold | 05/10/12 | J | | |
| 89. SPDR S&PDiv ETF | A | Dividend | K | T | Buy | 05/10/12 | K | | |
| 90. IRA #2 Wells Fargo Advisors | | | | | | | | | |
| 91. Cash | A | Interest | J | T | | | | | |
| 92. Travelers Ins Co. | A | Dividend | K | T | | | | | |
| 93. Genuine Parts Co | A | Dividend | | | Sold | 01/10/12 | K | D | |
| 94. General Mills | A | Dividend | J | T | | | | | |
| 95. Crosstex Energy LP | A | Dividend | K | T | | | | | |
| 96. Peoples United Financial | A | Dividend | | | Sold | 05/10/12 | J | | |
| 97. General Electric Company | A | Dividend | K | T | | | | | |
| 98. Applied Materials Inc. | A | Dividend | | | Buy | 01/10/12 | J | | |
| 99. | | | | | Sold | 04/22/12 | J | | |
| 100. Peabody Energy Corp. | A | Dividend | | | Buy | 04/02/12 | J | | |
| 101. | | | | | Sold | 09/17/12 | J | | |
| 102. SPDR S&P Div ETF | A | Dividend | J | T | Buy | 05/10/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRIGLER, B. WAUGH | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  AT&T Inc. | A | Dividend | J | T | Buy | 09/17/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| CRIGLER, B. WAUGH | 05/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Regency Energy Partners was sold in its entirety in 2011 in the Broker Acct #1 (Wells Fargo Adv).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ B. WAUGH CRIGLER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544